**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-03302 |
| v. | ) |
| | ) |
| NATUS MEDICAL, INC., JOSHUA H. | ) |
| LEVINE, THOMAS J. SULLIVAN, ILAN | ) |
| DASKAL, ERIC J. GUERIN, LISA | ) |
| WIPPERMAN HEINE, BRYANT M. | ) |
| MOORE, and ALICE D. SCHROEDER, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 16, 2022        **RIGRODSKY LAW, P.A.**

By:   */s/ Gina M. Serra*
         Gina M. Serra
         825 East Gate Boulevard, Suite 300
         Garden City, NY 11530
         (516) 683-3516
         gms@rl-legal.com

         *Attorneys for Plaintiff*